Tara MATNEY, Appellant,

v.

Anna M. HEROD, Defendant,

Division of Employment Security, Respondent.

No. WD 68391.

Missouri Court of Appeals, Western District.

March 4, 2008.

Tara Matney, Warrensburg, MO, pro se.

Shelly A. Kintzel, Esq., Jefferson City, MO, for respondent.

Before HOWARD, C.J., DANDURAND and AHUJA, JJ.

## ORDER

PER CURIAM.

Tara Matney appeals the order of the Labor and Industrial Relations Commission dismissing her appeal from her disqualification from unemployment benefits because she did not participate in the telephone hearing before the appeals tribunal. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. **Rule 84.16(b)**.

■

STATE of Missouri, Respondent,

v.

Tina PALMER, Appellant.

No. WD 68437.

Missouri Court of Appeals, Western District.

March 4, 2008.

Michael F. Coles, Esq., Columbia, MO, for Appellant.

Richard B. Hicks, Esq., Columbia, MO, for Respondent.

Before HOWARD, C.J., HARDWICK and WELSH, JJ.

## *ORDER*

PER CURIAM.

Tina Palmer challenges the sufficiency of the evidence to support her conviction for third degree assault, pursuant to Section 565.070.1(3), RSMo.2000. The judgment is affirmed. **Rule 30.25(b)**.